IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02654-AP

SETH M. WESHNAK,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Amy Jane Simons, #24080
8142 South Mobile Way
Englewood, Colorado 80112
Telephone (303) 220-1320
E-mail: amyjanes@aol.com

For Defendant:
JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
Assistant United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1001 Seventeenth Street, Sixth Floor
Denver, Colorado 80202
303-844-0815
303-844-0770 Facsimile
Stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A.   Date Complaint Was Filed:                                              October 12, 2011

B.   Date Complaint Was Served on U.S. Attorneys Office:        November 2, 2011

C.   Date Answer and Administrative Record Were Filed:          January 3, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Counsel for Plaintiff states:**   To the best of her knowledge, the record is complete and accurate.

**Counsel for Defendant states:**   To the best of her knowledge, the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule, which has been adjusted past the standard 40 days, due to Plaintiff counsel's deposition schedule in February 2012:

| | | |
|---|---|---|
| A. | **Plaintiffs Opening Brief Due:** | March 12, 2012 |
| B. | **Defendant's Response Brief Due:** | April 11, 2012 |
| C. | **Plaintiff's Reply Brief (If Any) Due:** | April 26, 2012 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:**   Plaintiff does not request oral argument.

B. **Defendant's Statement:**   Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 24th day of January 2012.

>                       BY THE COURT:
>
>                       *s/John L. Kane*
>                       U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Amy Jane Simons<br>Amy Jane Simons, #24080<br>8142 South Mobile Way<br>Englewood, Colorado 80112<br>Telephone (303) 220-1320<br>amyjanes@aol.com<br><br>Attorney for Plaintiff | JAMES F. WALSH<br>United States Attorney<br>KEVIN TRASKOS<br>Assistant United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>District of Colorado<br><br>/s/ Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Assistant Regional Counsel<br>1001 Seventeenth Street, Sixth Floor<br>Denver, Colorado   80202<br>Telephone:   (303) 844-0815<br>stephanie.Kiley@ssa.gov<br><br>Attorneys for Defendant. |